United States Bankruptcy Court
Southern District of Mississippi

In re:                                      Case No. 20-50324-KMS

Charles Ramon Pickett, Jr.                     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                             User: mssbad                             Page 1 of 2

Date Rcvd: Apr 17, 2025                     Form ID: 3180W                       Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Ramon Pickett, Jr., 3101 Tillery Dr., Hattiesburg, MS 39401-1138 |
| cr | + | Sunbelt Federal CU, 6885 US Highway 49 #3, Hattiesburg, MS 39402-7807 |
| 4849251 | + | Daniel Benoit, 1228 Lynn Ray Rd, Petal, MS 39465-9397 |
| 4859105 | + | Hancock Whitney Bank, 100 Capitol Commerce Blvd Ste 360, Montgomery AL 36117-4246 |
| 4849247 | + | Sunbelt Federal Credit Union, 6885 US Highway 49, Hattiesburg, MS 39402-7807 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Apr 17 2025 19:44:00 | Sunbelt Federal CU, 6885 US Highway 49 #3, Hattiesburg, MS 39402-7807 |
| 4849246 | + | EDI: TSYS2 | Apr 17 2025 23:43:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 4849249 | + | EDI: CITICORP | Apr 17 2025 23:43:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 4849248 | + | EDI: CITICORP | Apr 17 2025 23:43:00 | Citibank, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 4849250 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 17 2025 19:48:06 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4849252 | | EDI: DISCOVER | Apr 17 2025 23:43:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 4852565 | | EDI: DISCOVER | Apr 17 2025 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4849253 | | Email/Text: GCSBankruptcy@gcserv.com | Apr 17 2025 19:44:00 | GC Services, 6330 Gulfton St, Suite 400, Houston, TX 77081 |
| 4849254 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Apr 17 2025 19:44:00 | Hancock Whitney, Pob 4019, Gulfport, MS 39502 |
| 4849255 | + | EDI: TSYS2 | Apr 17 2025 23:43:00 | Juniper, P.O. Box 8802, Wilmington, DE 19899-8802 |
| 4884992 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 19:48:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4849256 | + | EDI: PHINGENESIS | Apr 17 2025 23:43:00 | Mabt, Po Box 4499, Beaverton, OR 97076-4499 |
| 4878391 | | EDI: PRA.COM | Apr 17 2025 23:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4870920 | | EDI: Q3G.COM | Apr 17 2025 23:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4849247 | + | Email/Text: member.solutions@sunbeltfcu.org | Apr 17 2025 19:44:00 | Sunbelt Federal Credit Union, 6885 US Highway 49, Hattiesburg, MS 39402-7807 |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: 3180W | Total Noticed: 19 |

4853945  + Email/Text: bali@badcock.com
                                    Apr 17 2025 19:44:00   W.S. Badcock Corporation, P.O. Box 724,
                                                           Mulberry, FL. 33860-0724

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Hancock Whitney Bank, Kent D. McPhail |
| 4888901 | *+ | W.S. BADCOCK CORP.***, P.O. BOX 724, MULBERRY, FL 33860-0724 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025              Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Kent D. McPhail | on behalf of Creditor Hancock Whitney Bank bankruptcynotices@mslawyers.law  KentMcPhailAssociatesLLC@jubileebk.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Charles Ramon Pickett Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

| | |
|---|---|
| *Information to identify the case:* | |
| Debtor 1   **Charles Ramon Pickett Jr.** | Social Security number or ITIN   **xxx−xx−3768** |
| First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _  EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | |
| Case number:   **20−50324−KMS** | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Charles Ramon Pickett Jr.**
aka Charles R Pickett Jr., aka Charles Ray Pickett Jr.

Dated: 4/17/25          **By the court:**   /s/Katharine M. Samson
                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**